UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY DARNELL JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEROY D. BACA, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 06-7995 AG(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that this action is dismissed without prejudice as against defendant Deputy Sheriff Gonzales and that Judgment be entered accordingly.

　　　IT IS FURTHER ORDERED that: (1) Judgment be entered on claims one and two in favor of defendants Leroy D. Baca and Peter Sandoval; and (2) Judgment be entered dismissing claim three without prejudice as against defendants Baca and Sandoval.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Judgment and the United States Magistrate Judge's Report and Recommendation on
3  the parties to this action.
4  IT IS SO ORDERED.
5  DATED: December 30, 2010

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE